ORIGINAL

**FILED**

10/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0417

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 20-0417

_____

WATCHTOWER BIBLE AND TRACT SOCIETY
OF NEW YORK, INC., CHRISTIAN
CONGREGATION OF JEHOVAH'S WITNESSES,
and THOMPSON FALLS CONGREGATION OF
JEHOVAH'S WITNESSES,

      Petitioners,

    v.

MONTANA TWENTIETH JUDICIAL DISTRICT
COURT, SANDERS COUNTY, and THE
HONORABLE  ELIZABETH A. BEST,
PRESIDING JUDGE,

      Respondents.

_____



FILED

OCT 2 1 2020

Bowen Greenwood
Clerk of Suprema Court
State of Montana

ORDER

    This case is up before the Court on a petition for writ of supervisory control.

    IT IS ORDERED that the Honorable Shane A Vannatta, District Judge, will sit on the case in place of Justice Laurie McKinnon, who has recused herself.

    The Clerk of this Court shall give notice of this Order to all counsel of record and to the Honorable Shane A. Vannatta.

    DATED this 21ˢᵗ day of October, 2020.

                    For the Court,

                    By _____
                                Justice